FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
JUN - 3 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MISC 11 0395 -------X

NEW SENSATIONS, INC.

                        Plaintiff,

-against-

DOES 1-1745

                       Defendant.
-----------------------------------------------X

Civil Action No.
CV-10-05863-MEJ

**NOTICE OF MOTION**

Action Pending in
the Northern District
of California

**MAUSKOPF, J.**

S I R S:

PLEASE TAKE NOTICE that upon the attached affirmation of ELIOT L. GREENBERG affirmed on June 2, 2011, plaintiff will move this court, before the Honorable _____, U.S.D.J., in Room _____ at the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York, 11201, on the 14th day of June 2011 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order quashing the subpoena of plaintiff New Sensations, Inc. to Optimum Online ("ISP") to produce documentation identifying the name, address and telephone number of John Doe 721 with IP Address 69.116.72.110.

ROSNER NOCERA & RAGONE, LLP

By: _____
Eliot L. Greenberg (EG 8210)
*Attorney for Defendant John Doe 721
with IP Address 69.116.72.110*
110 Wall Street – 23rd Floor
New York, New York 10005
(212) 635-2244

TO:   Ira M. Siegel, Esq.
      Attorney for plaintiff
      433 North Camden Drive
      Suite 970
      Beverly Hills, California 90210

      Custodian of Records
      Optimum Online
      1111 Stewart Avenue
      Bethpage, New York 11714

      Cablevision
      1111 Stewart Avenue
      Bethpage, New York 11714

eb:nom.new.sensations
06/11

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NEW SENSATIONS, INC.　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　CV-10-05863-MEJ

　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　Action Pending in
　　　　　　　　　　　　　　　　　　　　the Northern District
DOES 1-1745　　　　　　　　　　　　　　of California

　　　　　　　　Defendant.
---------------------------------------------------------------X

Eliot L Greenberg affirms the following under penalty of perjury:

1. My firm is counsel to a subscriber to Cablevision with IP Address 69.116.72.110, John Doe 721, and I make this application to quash the subpoena annexed hereto as Exhibit "1".

2. My client received the attached letter from Cablevision (client's name and address redacted)[1] forwarding a copy of a subpoena (Ex. 1) directing Cablevision to furnish New Sensations, Inc., a California corporation, with the names, addresses, telephone numbers and e-mail addresses of customers with specified IP Addresses. A copy of the May 13, 2011 letter from Cablevision is annexed hereto as Exhibit "2".

## LACK OF PERSONAL JURISDICTION

3. First of all, in support of the instant motion to quash the subpoena, this action against John Does 1 to 1745 is pending in the United States District Court for the Northern District of California. However, I have been informed

---

[1] This affirmation is being submitted by counsel and not the subscriber to protect the identity of my client that is being sought by the subpoena that is the subject of the matter.

that my client, a New Jersey resident, has no contacts whatsoever with California.

4. Accordingly, since the California Court does not have personal jurisdiction over my client, it is respectfully submitted that the subpoena be quashed.

## LACK OF FOUNDATION

5. Moreover, this action seeks restitution for the alleged unauthorized download of a purported copyrighted x-rated movie known as "The Office A XXX Parody" through Bit Torrent, a peer-to-peer file sharing protocol (the "Movie")

6. I have been informed by my client that he has no knowledge whatsoever of downloading the Movie from Bit Torrent or any other source.

7. Nevertheless, assuming that New Sensations, Inc. is truthfully representing to this Court that IP Address 69.116.72.110 was identified downloading the Movie, it has provided no proof laying any foundation for such claim in support of the instant subpoena or that the Movie was in fact copyrighted and known by the subscriber to be copyrighted material.

8. Even if New Sensation Inc. does lay a proper foundation which establishes that John Doe 721's IP address participated in the download of the Movie, I have been informed by my client that his Netgear wireless router is not secured and that anyone in close proximity to his wireless router, including

persons directly outside of his house or the nearby neighbors, could have downloaded the Movie.

9. The anonymity of persons accessing Internet web sites should not be breached in aid of a case not properly filed in this Court. Indeed, in a similar situation, Columbia Insurance Co., v. SEESCANDY, Inc., 185 F.R.D. 573, 578-80 (N.D. Cal 1999), the court held that it would not breach the anonymity of an Internet poster without first requiring plaintiff to show the adequacy of the Complaint. See id. ("[P]laintiff should establish to the court's satisfaction that plaintiff's suit against defendant could withstand a motion to dismiss. A conclusory pleading will never be sufficient to establish this element.")

## CONCLUSION

10. Based upon the California Court's lack of personal jurisdiction over my client, a New Jersey resident, and my client's complete defense to this action, it is respectfully submitted that the subpoena (Ex. 1) which seeks to seriously invade my client's privacy without plaintiff having first laid a proper foundation, or any foundation whatsoever, be denied in all respects.

Eliot L. Greenberg

eb:subpoena.18
05/11

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| New Sensations, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-10-05863-MEJ |
| | ) | |
| DOES 1-1745 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of California ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Optimum Online (hereinafter "ISP")
1111 Stewart Avenue, Bethpage, NY 11714

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, telephone numbers, and email addresses of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: Law Offices of Ira M. Siegel | Date and Time: |
|---|---|
| 433 N. Camden Drive, Suite 970 | July 6, 2011 at 9:00 a.m. * |
| Beverly Hills, CA 90210 | |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. * Compliance with this subpoena may be a multi-step process pursuant to the Order attached (Attachment B). At least the first step should be completed by May 27, 2011, with all steps completed by the date set forth under "Date and Time" above: July 6, 2011. (See paragraphs 4 and 5 of the Order.)

Date: April 22, 2011

*CLERK OF COURT*    OR    /s/ Ira M. Siegel

Signature of Clerk or Deputy Clerk        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* New Sensations, Inc. , who issues or requests this subpoena, are:
Ira M. Siegel, Law Offices of Ira M. Siegel, 433 N. Camden Drive, Suite 970, Beverly Hills, CA 90210, Email: subpoena@irasiegellaw.com, Telephone: 888-408-1004

ATTACHMENT A

Table of Last-Observed Infringements by Defendants of Copyrights in Listed Motion Pictures that Are the Subject of New Sensations, Inc.'s Listed Copyright Registrations

| Doe # | ID | Internet Protocol Address (IP) | Internet Service Provider (ISP) | Motion Picture Title / Copyright Registration Number | Timestamp (U.S. Eastern Time) | Protocol |
|---|---|---|---|---|---|---|
| Doe 63 | 339177 | 173.2.10.171 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-11 07:25:57 PM -0400 | BitTorrent |
| Doe 70 | 319491 | 173.3.198.119 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-07 12:56:22 AM -0400 | BitTorrent |
| Doe 71 | 473733 | 173.3.199.247 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-21 12:53:03 AM -0400 | BitTorrent |
| Doe 72 | 838313 | 173.3.248.253 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-15 11:51:33 PM -0400 | BitTorrent |
| Doe 308 | 770223 | 24.184.170.146 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-11 05:09:32 AM -0400 | BitTorrent |
| Doe 309 | 511641 | 24.184.187.238 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-23 12:58:54 AM -0400 | BitTorrent |
| Doe 311 | 281018 | 24.187.174.137 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-20 09:39:03 AM -0400 | BitTorrent |
| Doe 313 | 333545 | 24.188.163.8 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-11 08:33:28 PM -0400 | BitTorrent |
| Doe 314 | 369561 | 24.188.164.129 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-13 06:51:58 PM -0400 | BitTorrent |
| Doe 315 | 439701 | 24.188.211.149 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-19 12:59:28 AM -0400 | BitTorrent |
| Doe 365 | 424440 | 24.44.128.92 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-17 01:58:49 AM -0400 | BitTorrent |
| Doe 366 | 394079 | 24.44.37.141 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-15 10:11:54 PM -0400 | BitTorrent |
| Doe 368 | 270708 | 24.47.16.95 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-14 01:50:11 PM -0400 | BitTorrent |

Attachment A - Page 1 of 3

| Doe | | IP | ISP | Title / Registration | Timestamp | Protocol |
|---|---|---|---|---|---|---|
| Doe 369 | 352046 | 24.47.23.10 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-12 04:48:23 PM -0400 | BitTorrent |
| Doe 564 | 896990 | 67.80.24.246 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-18 09:08:02 PM -0400 | BitTorrent |
| Doe 565 | 272723 | 67.80.79.150 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-15 12:58:47 AM -0400 | BitTorrent |
| Doe 567 | 266719 | 67.81.156.191 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-13 12:56:01 AM -0400 | BitTorrent |
| Doe 568 | 268720 | 67.82.177.22 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-12 09:16:26 PM -0400 | BitTorrent |
| Doe 573 | 1072283 | 67.87.18.57 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-26 09:48:18 PM -0400 | BitTorrent |
| Doe 621 | 350650 | 68.192.225.121 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-13 03:59:39 AM -0400 | BitTorrent |
| Doe 716 | 669061 | 69.112.178.69 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-04 07:59:52 PM -0400 | BitTorrent |
| Doe 717 | 371182 | 69.112.222.141 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-13 08:24:02 PM -0400 | BitTorrent |
| Doe 718 | 862366 | 69.114.209.197 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-16 01:15:26 PM -0400 | BitTorrent |
| Doe 719 | 253928 | 69.114.74.159 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-06 01:51:55 AM -0400 | BitTorrent |
| Doe 720 | 253930 | 69.115.156.235 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-06 04:21:08 PM -0400 | BitTorrent |
| Doe 721 | 271178 | 69.116.72.110 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-15 12:58:35 AM -0400 | BitTorrent |
| Doe 723 | 828233 | 69.118.183.161 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-14 08:14:37 AM -0400 | BitTorrent |
| Doe 724 | 322727 | 69.119.77.185 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-16 05:00:25 AM -0400 | BitTorrent |
| Doe 726 | 517012 | 69.120.203.125 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-22 08:56:52 PM -0400 | BitTorrent |

| Doe 727 | 696891 | 69.121.16~2 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-06 09:04:58 PM -0400 | BitTorrent |
|---|---|---|---|---|---|---|
| Doe 729 | 574213 | 69.125.81.87 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-09-27 10:20:18 PM -0400 | BitTorrent |
| Doe 730 | 322738 | 69.126.173.25 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-08-14 11:18:45 PM -0400 | BitTorrent |
| Doe 732 | 696969 | 69.127.64.203 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-06 06:25:28 AM -0400 | BitTorrent |
| Doe 1143 | 795740 | 74.89.56.76 | Optimum Online | The Office A XXX Parody / PA0001659574 | 2010-10-12 07:30:03 PM -0400 | BitTorrent |

Ira M. Siegel, Cal. State Bar No. 78charged ATTACHMENT B
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff New Sensations, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| New Sensations, Inc., a California corporation, | CASE NO. CV 10-05863 MEJ |
|---|---|
| Plaintiff, | [Proposed] ORDER GRANTING PLAINTIFF LEAVE TO TAKE EARLY DISCOVERY |
| v. | |
| DOES 1-1745, | |
| Defendants. | |

The Court, having reviewed Plaintiff's Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference and the supporting documents submitted therewith, and good cause appearing therefore, hereby grants Plaintiff's Ex Parte Application and orders as follows:

1. IT IS HEREBY ORDERED that Plaintiff is allowed to serve immediate discovery on the internet service providers (ISPs) listed in Exhibit A to the First Amended Complaint filed in this matter to obtain the identity of the Doe Defendants listed in that Exhibit by serving a Rule 45 subpoena that seeks information sufficient to identify each such Defendant, including the name, addresses, telephone numbers, and email addresses of such Defendant.

[Proposed] Order Granting Plaintiff's Ex Parte Application for Leave 1
to Take Limited Discovery Prior to a Rule 26 Conference - CV 10-05863 MEJ

Attachment B - Page 1 of 3

2. **IT IS FURTHER ORDERED** that Plaintiff's counsel shall issue subpoenas in substantially the same form as the example attached as Exhibit 1 to Plaintiff's Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference with each subpoena including a copy of this Order.

3. **IT IS FURTHER ORDERED** that subpoenas authorized by this Order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551. In particular, 47 U.S.C. § 551(c)(2)(B) provides as follows:

> "(c) Disclosure of personally identifiable information
> ***
> "(2) A cable operator may disclose such information if the disclosure is—
> ***
> "(B) subject to subsection (h) [relating to disclosures to governmental agencies] of this section, made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed . . . ."

This Order is an order authorizing such disclosure.

4. **IT IS FURTHER ORDERED** that each ISP will have 30 days from the date of service upon it to serve each of its subscriber(s) whose identity information is sought with a copy of the subpoena and a copy of this Order. The ISPs may serve the subscribers using any reasonable means, including written notice sent to the subscriber's last known address, transmitted either by first-class mail or via overnight service.

5. **IT IS FURTHER ORDERED** that each subscriber shall have 30 days from the date of service upon him, her or it to file any motions in this court contesting the subpoena (including a motion to quash or modify the subpoena). If that 30-day period lapses without the subscriber contesting the subpoena, the ISP shall have 10 days to produce to Plaintiff the information responsive to the subpoena with respect to that subscriber.

6. **IT IS FURTHER ORDERED** that, because no appearance by a person at a deposition is required by the subpoena, instead only production of documents, records and the like is required, the witness and mileage fees required by Rule 45(b)(1) of the Federal Rules of Civil Procedure do not apply and no such fees need be tendered.

[Proposed] Order Granting Plaintiff's Ex Parte Application for Leave 2
to Take Limited Discovery Prior to a Rule 26 Conference - CV 10-05863 MEJ

Attachment B - Page 2 of 3

7. **IT IS FURTHER ORDERED** that any ISP that receives a subpoena pursuant to this Order shall not assess any charge to the Plaintiff in advance of providing the information requested in the subpoena, and that any ISP that receives a subpoena and elects to charge for the costs of production shall provide a billing summary and cost reports that serve as a basis for such billing summary and any costs claimed by such ISP.

8. **IT IS FURTHER ORDERED** that any ISP that receives a subpoena shall preserve all subpoenaed information pending the ISP's delivering such information to Plaintiff or the final resolution of a timely filed and granted motion to quash the subpoena with respect to such information.

9. **IT IS FURTHER ORDERED** that any information disclosed to Plaintiff in response to a subpoena may be used by Plaintiff solely for the purpose of protecting its rights under the Copyright Act, 17 U.S.C. § 101 et seq.

10. **IT IS FURTHER ORDERED** that joinder of all defendants at this stage of the litigation is proper. This decision is without prejudice to any motion for severence by a current Doe defendant who is later included in this action by his or her true name.

IT IS SO ORDERED.

Date: April 18 , 2011

Maria-Elena James
United States Magistrate Judge

[Proposed] Order Granting Plaintiff's Ex Parte Application for Leave 3
to Take Limited Discovery Prior to a Rule 26 Conference - CV 10-05863 MEJ



May 13, 2011

*Via Federal Express*

# REDACTED

Re:   IP Address: 69.116.72.110

Dear Valued Customer:

    CSC Holdings, LLC ("Cablevision") has been served with a court order ("Order") in the above-referenced matter. I have enclosed a copy of this Order for your convenience. This Order directs Cablevision to produce certain records in its possession relating to the services you receive from Cablevision.

    Please be advised that Cablevision is obligated to release such records unless you provide us with documents indicating that the court has rescinded its Order, or a file-stamped copy of a Motion to Quash or similar motion. Cablevision will withhold production pending the court's ruling on a Motion to Quash, but must produce in the event the Motion is denied. If Cablevision does not receive notice as described herein from you by *Monday, June 13, 2011*, Cablevision will produce the records as required by law.

    You may want to discuss this matter with your attorney. Please note that Cablevision cannot represent your interests in this matter.

    Please contact me at 516-803-3917 if you have any questions regarding this matter.

Very truly yours,

/s/
John Ma
Paralegal

Enclosure
121607 - 113156 - 24

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ss:
COUNTY OF NEW YORK )

I, Elena Berger, being duly sworn, depose and say:
deponent is not a party to the action, is over the age of 18 years and resides in Brooklyn, New York.

That on June 2, 2011 deponent served the within Notice of Motion to Quash Subpoena and Affirmation in Support

> upon: Ira M. Siegel, Esq.
> 433 North Camden Drive
> Suite 970
> Beverly Hills, California 90210
>
> Custodian of Records
> Optimum Online
> 1111 Stewart Avenue
> Bethpage, New York 11714
>
> Cablevision
> 1111 Stewart Avenue
> Bethpage, New York 11714

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Elena Berger

Sworn to before me this
2nd day of June 2011

_____
Notary Public

eb:aos.2
06/11

EDDIE AGUILAR
Notary Public, State of New York
No. 01AG6198494
Qualified in New York County
Commission Expires December 22, 20__