UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--------------------------------------------------------x

| | |
|---|---|
| New Sensations, Inc. | CASE NO. 1:11-MC-00395-RRM-JO |
| Plaintiff, | Underlying Case Pending in the Northern District of California Case No. CV 10-05863 MEJ |
| -against- | |
| DOES 1-1745, | **Notice of Motion to Admit Counsel Pro Hac Vice** |
| Defendants. | |

--------------------------------------------------------x

TO:    Opposing Party - Doe 556

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Law Offices of Ira M. Siegel and a member in good standing of the Bar of the State of California as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff New Sensations, Inc. There are no pending disciplinary proceedings against me in any State or Federal court.

Date:   July 5, 2011

Respectfully submitted,

*/s/ Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142 (IS5940)
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
email address:   irasiegel@earthlink.net
Tel:        310-435-7656

Attorney for Plaintiff New Sensations, Inc.

Motion to Admit Counsel Pro Hac Vice     1     New Sensations, Inc. v. Does 1-1745,
Eastern District of New York Case No. 11-mc-00395-RRM-JO
(Northern District of California, Case No. CV 10-05863 MEJ)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----------------------------------------------------------x

| | |
|---|---|
| New Sensations, Inc. | CASE NO. 1:11-MC-00395-RRM-JO |
| Plaintiff, | Underlying Case Pending in the Northern District of California |
| -against- | Case No. CV 10-05863 MEJ |
| DOES 1-1745, | **Declaration of Ira M. Siegel in Support of Motion to Admit Counsel Pro Hac Vice** |
| Defendants. | |

----------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Movant, Ira M. Siegel, declares as follows:

1. I am an a member of the firm the Law Offices of Ira M. Siegel.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as the following page, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff New Sensations, Inc.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2011 in Los Angeles, California.

                                  /s/ Ira M. Siegel
Ira M. Siegel, Cal. State Bar No. 78142 (IS5940)
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
email address:   irasiegel@earthlink.net
Tel:       310-435-7656

Attorney for Plaintiff New Sensations, Inc.

Declaration Supporting Motion to Admit Counsel Pro Hac Vice   1        New Sensations, Inc. v. Does 1-1745,
Eastern District of New York Case No. 11-mc-00395-RRM-JO
(Northern District of California, Case No. CV 10-05863 MEJ)



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### IRA MARK SIEGEL

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that IRA MARK SIEGEL was on the 21st day of December, 1977, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*This 21st day of June, 2011*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By *Roberta Gilmore*
Roberta Gilmore, Senior Deputy Clerk

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I,   TERRY NAFISI, Clerk of this Court, certify that

Ira M. Siegel, Bar 78142

duly admitted to practice in this Court on    March 13, 1978

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on    June 22, 2011
      DATE

TERRY NAFISI
District Court Executive, Clerk of Court

By    _____
      Andrea Kannike, Deputy Clerk

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---------------------------------------------------------x
| |
|---|
| New Sensations, Inc. |
| |
| Plaintiff, |
| |
| -against- |
| |
| DOES 1-1745, |
| |
| Defendants. |

CASE NO. 1:11-MC-00395-RRM-JO

Underlying Case Pending in the
Northern District of California
Case No. CV 10-05863 MEJ

**(Proposed) Order Granting Motion to Admit Counsel Pro Hac Vice**

---------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Ira M. Siegel, is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff New Sensations, Inc.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: _____              _____

United States District Judge

cc:   Ira M. Siegel
      Court File

(Proposed) Order Granting Motion to Admit Counsel Pro Hac Vice    1    New Sensations, Inc. v. Does 1-1745,
Eastern District of New York Case No. 11-mc-00395-RRM-JO
(Northern District of California, Case No. CV 10-05863 MEJ)

PROOF OF SERVICE

I, Ira M. Siegel, hereby certify that I am a resident of the County of Los Angeles in California; I am over the age of eighteen years and am not a party to the within entitled action; and my business address is 433 N. Camden Drive, Suite 970, Beverly Hills, California 90210.  I served a redacted version of the foregoing

> **Notice of Motion to Admit Counsel Pro Hac Vice;**
>
> **Declaration of Ira M. Siegel in Support of Motion to Admit Counsel Pro Hac Vice; and**
>
> **(Proposed) Order Granting Motion to Admit Counsel Pro Hac Vice**

on the interested parties in said action by placing a true copy thereof in a sealed envelope addressed to the address as follows:

> To the address given in putative Doe 556's unredacted papers.

and depositing such envelope with United States priority mail postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of July, 2011 at Los Angeles, California.

*/s/ Ira M. Siegel*
Ira M. Siegel