# GERTNER MANDEL & PESLAK LLC
## COUNSELLORS AT LAW

PO Box 499
Lakewood, New Jersey 08701
732-363-3333
Fax: 732-363-3345

**Ross D. Gertner**
*Master of Laws (in Taxation)*
**Sean D. Gertner**
*Member NJ, VA, MD & DC Bars*
**Lawrence D. Mandel**
*Member NJ, NY & PA Bars*
**Arthur M. Peslak**
*Member NJ & NY Bars*
*Registered Patent Attorney*

**Kevin A. Terhune**
*Member NJ Bar*
**Rachel S. Cotrino**
*Member NJ & NY Bars*
**Jenna R. Silverman**
*Member NJ & NY Bars*
**Jerome A. Gertner**
*Of Counsel*

July 18, 2011

Hon. James Orenstein
Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: TELEPHONIC HEARING
     New Sensations, Inc. v. Does 1-1745
     Case No. 11-mc-395
     Underlying Case No. CV 10-05863 WHA
     In the Northern District of California

Dear Judge Orenstein:

  I represent the defendant and movant, John Doe #556, in this case. I am pleased to inform the Court that the parties have reached a settlement in principle and it remains only to agree on the wording of the written settlement agreement.

  In view of the above, we respectfully request adjournment of the Telephonic Conference scheduled for tomorrow, July 19, 2011 at 10:30 a.m. on the pending Motion for Protective Order/Motion to Dismiss, pending the final settlement agreement. My adversary, Ira M. Siegel, consented to this request for adjournment in a telephone conversation today with me.

  Thank you for your consideration.

                Respectfully,

                Lawrence D. Mandel

LDM:gc
cc: Ira M. Siegel, Esq. (via: e-mail)

Office Locations:
1215 East Veterans Highway, Jackson, New Jersey
1355 Campus Parkway, Suite 102, Wall, New Jersey (by appointment only)