# GERTNER MANDEL & PESLAK LLC
## COUNSELLORS AT LAW

PO Box 499
Lakewood, New Jersey 08701
732-363-3333
Fax: 732-363-3345

**Ross D. Gertner**
*Master of Laws (in Taxation)*
**Sean D. Gertner**
*Member NJ, VA, MD & DC Bars*
**Lawrence D. Mandel**
*Member NJ, NY & PA Bars*
**Arthur M. Peslak**
*Member NJ & NY Bars*
*Registered Patent Attorney*

**Kevin A. Terhune**
*Member NJ Bar*
**Rachel S. Cotrino**
*Member NJ & NY Bars*
**Jena R. Silverman**
*Member NJ & NY Bars*
**Jerome A. Gertner**
*Of Counsel*

August 3, 2011

Hon. James Orenstein
Magistrate Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    TELEPHONIC HEARING
              New Sensations, Inc. v. Does 1-1745
              Case No. 11-mc-395
              Underlying Case No. CV 10-05863 WHA
              In the Northern District of California

Dear Judge Orenstein:

    I represent the defendant and movant, John Doe #556, in this case. I am pleased to inform the Court that the parties have concluded settlement and signed off on a written settlement agreement.

    In view of the above, we hereby withdraw the pending Motion for Protective Order/Motion to Dismiss on behalf of Jon Doe #556, for which a Telephonic Conference is currently scheduled for August 18, 2011 at 2: p.m. My adversary Ira M. Siegel has consented to the withdrawal of the motion.

                                    Respectfully,

                                    Lawrence D. Mandel

LDM/mgc
cc: Ira M. Siegel, Esq. (via: e-mail)